# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

|  |  |
|---|---|
| **In re:** | **Case Number** 15–36223–KRH<br>**Chapter** 7 |
| The Law Office of White & Associates, PLLC | **Adversary Proceeding Number** 15–03472–KRH<br>**Judge** Kevin R. Huennekens |
| Debtor(s) |  |
| Lynn Lewis Tavenner |  |
| Plaintiff(s) |  |
| V. |  |
| Mark F White et al. |  |
| Defendant(s) |  |

### SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. **Motion or Answer is due by January 7, 2016.** If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF<br>PLAINTIFF'S ATTORNEY: | Paula S. Beran<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219 |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| ADDRESS: | Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219 |
|---|---|
| DATE AND TIME: | 1/13/16 at 11:30 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: December 8, 2015                    WILLIAM C. REDDEN, CLERK OF COURT
                                          By /s/ Candace Manley
                                          Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013–1(O)].*

Bankruptcy Case No. 15−36223−KRH

Adversary Proceeding Case No. 15−03472−KRH

## CERTIFICATE OF SERVICE

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

☐     **Mail Service:** Regular, first class United States mail, postage fully pre−paid, addressed to:

☐     **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐     **Residence Service:** By leaving the process with the following adult at:

☐     **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐     **Publication:** The defendant was served as follows: [Describe briefly]

☐     **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
                       Date                                                                              Signature

| Print Name |
| --- |
| Business Address |
| City            State            Zip |