UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:   THE LAW OFFICES OF WHITE & ASSOCIATES, PLLC,<br>Debtor<br><br>LYNN L. TAVENNER, TRUSTEE,<br>Plaintiff<br><br>MARK F. WHITE,<br>NNIKA E. WHITE,<br>Defendants | Case No.<br>15-36223-KRH<br><br>Chapter<br>7<br><br>Adv. Proc No.<br>15-03472-KRH |

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I herby certify under penalty of perjury that on December 8, 2015, I caused a true and exact copy of the *Motion for Ex Parte Relief/ Temporary Restraining Order and Memorandum in Support Thereof*, ECF No. 2, and the *Ex Parte Temporary Restraining Order*, ECF No. 4, to be served via first-class mail, postage prepaid, and priority overnight FedEx mail, on all necessary parties at the following address:

Mark F. White
4600 Jennway Loop
Moseley, VA 23120

Nnika E. White
4600 Jennway Loop
Moseley, VA 23120

_____
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
David N. Tabakin, Esquire (VSB No. 82709)
Tavenner & Beran
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-1078

*Counsel for Lynn Lewis Tavenner, Chapter 7 Trustee*     1

                                                Respectfully submitted,

Dated: December 8, 2015               /s/ David N. Tabakin
                                            Lynn L. Tavenner, Esquire (VSB No. 30083)
                                            Paula S. Beran, Esquire (VSB No. 34679)
                                            David N. Tabakin, Esquire (VSB No. 82709)
                                            Tavenner & Beran
                                            20 North 8th Street
                                            Richmond, Virginia 23219
                                            Telephone: (804) 783-8300
                                            Telecopier: (804) 783-0178

_____
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
David N. Tabakin, Esquire (VSB No. 82709)
Tavenner & Beran
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-1078

*Counsel for Lynn Lewis Tavenner, Chapter 7 Trustee*