# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  15−36223−KRH
**Chapter**  7
**Adversary Proceeding Number**  15−03472−KRH

**In re:**  The Law Office of White & Associates, PLLC    **Judge**  Kevin R. Huennekens

Lynn Lewis Tavenner

                Plaintiff(s)

V.

Mark F White et al.

                Defendant(s)

Pre−Trial Conference has been rescheduled to January 13, 2016 at 3:00 PM.

## NOTICE OF RESCHEDULED HEARING

Notice is hereby given that the previously scheduled hearing on

*1* − Adversary case 15−03472. Complaint against Mark F White, Nnika E White (Fee Amount of $350 is Deferred) filed by Lynn Lewis Tavenner. Nature of Suit: (72 (Injunctive relief − other)), (11 (Recovery of money/property − 542 turnover of property)) Associated Bankruptcy Case Number: 3:15−bk−36223 (Beran, Paula)

*7* − Summons and Notice of Pre−Trial Conference. Summons Issued to Mark F White Answer Due 1/7/2016; Nnika E White Answer Due 1/7/2016 (Re: related document(s)1 Complaint filed by Lynn Lewis Tavenner) Pre−Trial Conference set for 1/13/2016 at 11:30 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Manley, Candace)

has been rescheduled and will be held at:

**Date:**  January 13, 2016    **Time:**  03:00 PM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:  December 17, 2015    For the Court,

[van024BKAP.jsp 12/08]    William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

Tavenner,
    Plaintiff

White,
    Defendant

Adv. Proc. No. 15-03472-KRH

## CERTIFICATE OF NOTICE

District/off: 0422-7      User: oliverb      Page 1 of 1      Date Rcvd: Dec 17, 2015
                      Form ID: VAN024      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2015.
pla        +Lynn Lewis Tavenner,    Tavenner & Beran, PLC,    20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
dft        +Mark F White,    4600 Jennway Loop,    Moseley, VA 23120-1365
dft        +Nnika E White,    4600 Jennway Loop,    Moseley, VA 23120-1365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2015 at the address(es) listed below:
        David N. Tabakin   on behalf of Plaintiff Lynn Lewis Tavenner dtabakin@tb-lawfirm.com, pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com
        Paula S. Beran   on behalf of Plaintiff Lynn Lewis Tavenner pberan@tb-lawfirm.com, stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        TOTAL: 2